IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CARMEN HUDSON** | ) | |
| | ) | |
| v. | ) | No. 3:04-0947 |
| | ) | Judge Echols |
| **JOHN E. POTTER, POSTMASTER** | ) | |
| **GENERAL, U.S. POSTAL SERVICE** | ) | |

**O R D E R**

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered June 9, 2005 (Docket Entry No. 10), to which no objection has been filed.

In his R&R, the Magistrate Judge recommends that this case be dismissed without prejudice for failure to serve Defendant with process within 120 days of the date this action was filed as required by Rule 4(m) of the Federal Rules of Civil Procedure.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE